ACCEPTED
03-14-00595-CR
4575337
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 9:58:43 AM
JEFFREY D. KYLE
CLERK

# CASE NUMBER **03-14-00595-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 9:58:43 AM
JEFFREY D. KYLE
Clerk

**ANDREW GARRAWAY**

Appellant

VS.

**THE STATE OF TEXAS**

COURT OF APPEALS

**THIRD DISTRICT OF TEXAS**

AUSTIN, TEXAS

**On appeal from the 274th Judicial District Court**

Hays County, Texas

Cause Number CR-11-0925

# MOTION FOR LEAVE TO

# AMEND APPELLANT'S BRIEF

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.      Austin, Texas 78701
*ph* (512) 921-8247   *fax* (512) 451-5882
*email* ellic@sahuallalaw.com

# IDENTITY OF PARTIES & COUNSEL

## Appellate Parties

**MR. ANDREW GARRAWAY**
Appellant

**THE STATE OF TEXAS**

## Appellate Counsel

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.        Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*email* ellic@sahuallalaw.com

**THE HONORABLE WES MAU**
Counsel for the State
State Bar Number 00784539

712 S. Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
*ph* (512) 393-7600    *fax* (512) 393-7619
*email* wes.mau@co.hays.tx.us

# Motion for Leave to Amend Appellant's Brief

To the Honorable Court:

The appellant would show the following:

## Appellant's Original Brief

The appellant's brief was filed on January 16, 2015.

## Need for Amendment

The appellant is respectfully seeking leave to amend his original brief under Rule 38.7, Texas Rules of Appellate Procedure, to correct an error that, while small, should be remedied in candor to this court and the interest of justice.

One of the authorities cited in the brief was *Kent v. State*, which has recently been published at 447 S.W.3d 408. The brief indicated that no petition for discretionary review had been filed in *Kent*. However, the brief—and, to be fair, counsel for the appellant (hereinafter an embarrassed "Counsel")—was incorrect on that point.

In researching an unrelated matter on March 19, 2015, Counsel happened to pull up *Kent* and noticed that a petition for discretionary review was both filed, and on February 4, 2015, granted. The Court of Criminal Appeals has not ruled on the merits at the time of this filing.

Counsel does not know what led to the mistake—most likely a typo, mis-click, glance at a wrong computer window, or other computer (operator) error during

research—but in any event, Counsel inadvertently provided a misleading subsequent history for *Kent*. Although the brief by no means hinges on that authority (it cites 49 cases and 16 statutes, many at greater length than *Kent*), this court should have the correct information before it. Counsel is asking for leave to amend appellant's brief solely to provide the proper citation and subsequent history for this case.

## Conference

After calling the clerk of this court for procedural guidance immediately after discovering the error described above, Counsel sent an explanatory email to the assistant district attorney and legal secretary responsible for the State's case. The State's reply brief had not been filed at that time.

## Prayer

The appellant respectfully moves this court to grant this motion and accept the Appellant's Amended Brief to follow in lieu of the original.

RESPECTFULLY SUBMITTED,

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*email* ellic@sahuallalaw.com

# CERTIFICATE OF SERVICE

I certify that on March 20, 2015, a true and correct copy of this document was served on the Honorable Wes Mau (whose address is 712 S. Stagecoach Trail, Ste. 2057, San Marcos, Texas 78666) through the electronic filing manager.

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247      *fax* (512) 451-5882
*email* ellic@sahuallalaw.com